*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



## MEMORANDUM OPINION

No. 04-11-00481-CR

**IN RE** Ernesto R. **HINOJOSA, SR.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Rebecca Simmons, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  July 27, 2011

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On July 12, 2011, relator Ernesto R. Hinojosa, Sr. filed a petition for writ of mandamus, complaining of the trial court's failure to recuse himself from relator's application for habeas corpus relief pursuant to Article 11.07 of the Texas Code of Criminal Procedure.  However, only the Texas Court of Criminal Appeals has jurisdiction over matters related to post-conviction habeas corpus proceedings.  *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. 1991); *see also* TEX. CODE CRIM. PROC. ANN. art. 11.07 (Vernon Supp. 2008); *In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding) (holding that if an applicant finds it necessary to complain about an action or inaction of the convicting court, the

---

[1] This proceeding arises out of Cause No. 90-11-7309-CR, styled *State of Texas v. Ernesto R. Hinojosa, Sr.*, in the 79th Judicial District Court, Jim Wells County, Texas, the Honorable Richard C. Terrell presiding.

applicant may seek mandamus relief from the Texas Court of Criminal Appeals). Because the relief sought in relator's petition relates to post-conviction habeas corpus relief, we are without jurisdiction to consider his petition for writ of mandamus. Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION.

PER CURIAM

DO NOT PUBLISH